UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TONYA MONTIGNY, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN CORADIUS INTERNATIONAL, LLC <br><br> Defendant. | Case No.: _____ <br><br> Jury Trial Demanded <br><br> **COMPLAINT** <br><br> December 14, 2018 |

Tonya Montigny ("Plaintiff"), by and through undersigned counsel, states as follows:

## JURISDICTION

1. This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

3. Venue is proper before this Court under 28 U.S.C. § 1391(b), as Defendants transact business in this District, Plaintiff resides in this District, and as a substantial part of the events giving rise to this action occurred in this District.

## PARTIES

4. Plaintiff is a natural person who at all relevant times resided in Norwich, Connecticut.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3) and/or a person affected by a violation of the FDCPA with standing to bring this claim under 15 U.S.C. §§ 1692k(a).

1

6. Upon information and belief, Defendant American Coradius International, LLC is a corporation with its principal place of business located at 2420 Sweet Home Road, Suite 150, Amherst, NY 14228.

7. The principal purpose of the Defendant is the collection of debts using the mail and telephone in interstate commerce.

8. The Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTS

9. Defendants' collection activity of which Plaintiff complains occurred within the previous twelve (12) months.

10. In or around December 2013, Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5), namely, a personal credit card debt with Synchrony Bank, in the approximate amount of $1,238.81.

11. Sometime thereafter, the debt ("the Debt") was consigned, assigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

12. The Debt arose out of a transaction in which the money, property, insurance or services which were the subject of the transaction were primarily for personal, family or household purposes, namely debt from a personal credit card in the Plaintiff's name.

13. Sometime after incurring the Debt, but before the initiation of this action, Plaintiff was alleged to have fallen behind on payments owed on the Debt.

14. At all times relevant hereto, Defendants acted in an attempt to collect the Debt.

15. On or about December 4, 2018, Defendant mailed or caused to be mailed a letter to Plaintiff. (Annexed and attached hereto as Exhibit A is a true copy of the letter dated December 4,

2018 sent by Defendant to Plaintiff, except the undersigned counsel has in accordance with Fed. R. Civ. P. 5.2 redacted the financial account numbers and Plaintiff's address to protect her privacy).

16. Defendant mailed the letter dated December 4, 2018 attached as <u>Exhibit A</u> as a part of their efforts to collect the Debt.

17. The collection letter, attached as Exhibit A, is addressed to Tonya Hamilton.

18. The letter referred to in Paragraph 16 states that the "Account Balance" is $1,238.81.

19. The letter referred to in Paragraph 16 states that the letter "is from a debt collector" and "this is an attempt to collect debt."

20. Plaintiff received the letter attached as Exhibit A in the mail.

21. Plaintiff read the letter attached as Exhibit A upon receipt of the letter in the mail.

22. Exhibit A was sent in connection with the collection of the Debt.

23. Exhibit A conveyed information regarding the Debt including the Account Balance, Defendant's internal account number for the Plaintiff's Debt, and a demand for payment.

24. On October 6, 2017, Plaintiff filed a Chapter 7 bankruptcy in Hartford, Connecticut.

25. The bankruptcy petition lists "Tonya A. Hamilton" as another name used by the Plaintiff in the eight (8) years prior to filing the petition.

26. On January 17, 2018, Plaintiff received a discharge of her debts on January 17, 2018.

27. The Defendant was notified of the Plaintiff's bankruptcy because the Defendant was listed in the bankruptcy petition's creditor matrix list. Ex. B.

28. Defendant wassent notices by the bankruptcy court to at least two (2) different addresses listed on the creditor matrix. Ex. B.

29. Two (2) of the addresses of the Defendant used on the creditor matrix list are all of the addresses on the Defendant's collection notices. Ex. A-B.

30. Plaintiff never entered into any agreement whereby she consented to arbitrate disputes with the Defendant.

31. Defendant's collection activity has caused Plaintiff to incur actual damages, including but not limited to confusion, stress, and anxiety.

32. Plaintiff has a statutory right not to be subject to unlawful debt collection activity against her.

## COUNT I

## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT –

## 15 U.S.C. § 1692 et *seq.*

33. Plaintiff re-alleges and incorporates by reference all of the above paragraphs.

34. In their attempts to collect the alleged debt form Plaintiff, Defendants have committed violations of the FDCPA, 15 U.S.C. § 1692 *et seq.*, including, but not limited, the following:

   a. Attempting to collect a discharged debt using false, deceptive and misleading representations by the false representation of the character, amount, and legal status of the debt, in violation of 15 U.S.C. § 1692e(2)(A).

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against the Defendant for:

   A. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1) for annoyance, anxiety, and inconvenience;

   B. Statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

   C. Costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3);

   A. Such other relief as the Court may deem just and proper.

4

Dated December 14, 2018 	Respectfully submitted,


	/s/ Kenneth R. Davison
	Kenneth R. Davison, Esq.  (ct29644)
	Action Advocacy PC
	One Crouch Street
	Groton, CT 06340
	Telephone: (860) 449-1510
	Facsimile: (860) 449-8046
	Email: ken@actionadvocacy.com
	Counsel for Plaintiff

# EXHIBIT A

35A RUST LANE
BOERNE, TX 78006-8202



American Coradius International LLC
Toll Free: 1-800-213-7163

| Creditor: | SYNCHRONY BANK |
| Original Creditor: | WEBBANK |
| Account Number: | |
| Reference Number: | |
| Account Balance: | $1,238.81 |
| Amount Remitted: | $ |

December 4, 2018

1 MB  *A-02-W1F-AM-00370-3

TONYA HAMILTON
NORWICH CT 06360-1636

Make Checks Payable to:

AMERICAN CORADIUS INTERNATIONAL LLC
2420 SWEET HOME RD STE 150
AMHERST NY 14228-2244

*PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED*

| Creditor | Original Creditor | Account # | Account Balance |
|---|---|---|---|
| SYNCHRONY BANK | WEBBANK | | $1,238.81 |

Dear Tonya Hamilton

We are writing to you regarding your PayPal Credit account. The servicer of PayPal Credit accounts is Bill Me Later, Inc.

This letter will serve as confirmation that American Coradius International LLC, is willing to accept $557.47 to resolve the account for less than the full balance on the above referenced account.

This offer requires that American Coradius International LLC receives your funds in the amount of $557.47 on or before 12-28-18.

If you wish to discuss this offer further, please contact our office at 1-800-213-7163 at your convenience

Upon clearance of your payment, we will notify our client so they can update their records accordingly.

Make your check or money order payable to:

AMERICAN CORADIUS INTERNATIONAL LLC
2420 SWEET HOME RD STE 150
AMHERST NY 14228-2244

We are not obligated to renew this offer

Sincerely,

American Coradius International LLC
A Professional Debt Recovery Agency

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.
Calls to or from this company may be monitored or recorded for quality assurance purposes.
This collection agency is licensed in Connecticut, license number: 816187.

For your convenience you can now resolve this matter online . Logon to www.acibillpay.com to see the repayment options available to you.
You will need your ACI reference number 6895631 available when you log in.
You can now make payment arrangements on your account using checking, savings, or debit card accounts.

Office Address: 2420 Sweet Home Rd Ste 150, Amherst NY 14228-2244
Hours of Operation: Mon-Tues: 8AM-8PM, Wed-Fri: 8AM-5PM EST

# EXHIBIT B

ACI
6341 Inducon Drive East
Sanborn, NY 14132-9097

ACI
2420 Sweet Home Road
Suite 150
Buffalo, NY 14228-2244

ACI
35A Rust Lane
Boerne, TX 78006-8202

American Coradius Int'l
2420 Sweet Home Rd
Sutie 150
Amherst, MY 14228-2244

American Coradius Internatal
2420 Sweet Home Rd, Suite 150
Amherst, MY 14228-2244

American Coradius Internatal
2420 Sweet Home Rd
Sutie 150
Amherst, MY 14228-2244

American Coradius Intl LLC
2420 Sweet Home Road
Suite 150
Buffalo, NY 14228-2244

American Coradius Intl LLC
35A Rust Lane
Boerne, TX 78006-8202

ARS National Services
Dept. 5996
P.O. Box 1259
Oaks, PA 19456

ARS National Services
P.O. Box 469046
Escondido, CA 92046-9046

JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Tonya Montigny

**(b)** County of Residence of First Listed Plaintiff  New London
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kenneth R. Davison, Action Advocacy, P.C., One Crouch St., Groton, CT 06340; (860) 449-1510

## DEFENDANTS
American Coradius International, LLC

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1692(k) -- Fair Debt Collection Practices Act

Brief description of cause:
Violations of the Fair Debt Collection Practices Act by a Debt Collector

## VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** 10,000.00
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 12/14/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/ Kenneth R. Davison

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____